# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2831
_____

CDC CAPITAL INVESTMENTS,
LLC as Trustee,

Appellant,

v.

PNC BANK, NA, et al.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

June 21, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ian P. Hudson of King Hudson, PLLC, St. Petersburg, for Appellant.

Richard S. McIver and H. Michael Muñiz of Kass Shuler, P.A., Tampa, for Appellees.